Demetrius "Dee Dee" EDWARDS *v.* STATE of Arkansas

CR 95-183                                          894 S.W.2d 937

Supreme Court of Arkansas
Opinion delivered March 20, 1995

*Paul D. Selby*, for appellant.

No response.

PER CURIAM. Appellant, Demetrius Edwards, by his attorney, Paul Selby, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam order dated February 5, 1979. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.